IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOSHUA RICHARDS, )
)
    Plaintiff, )
)
vs. ) No. 19-3259-CSB-EIL
)
TYLER JACKSON and TIMOTHY )
RICHARDS, )
)
    Defendants. )

## AMENDED COMPLAINT

Comes now the plaintiff, Joshua Richards, by his undersigned attorneys and for his Complaint against the defendants, Tyler Jackson and Timothy Richards, states the following:

### FACTS COMMON TO ALL COUNTS

1. At all times herein mentioned, Tyler Jackson and Timothy Richards were working as correction officers at Jacksonville Correctional Center, were employed by IDOC and were acting under color of state law and as the employees, agents, or representatives of IDOC. These defendants are additionally being sued in their individual capacities.

2. That on or about, October 7, 2018, the air conditioning unit was broken in Housing Unit 2.

3. That the plaintiff and others notified DEFENDANTS, on information and belief, <u>Officer Timothy Richards and Officer Tyler Jackson,</u> that the floors were wet due to the humidity.

4. That the plaintiff and others requested that the door be opened, and fans brought in to help dry up the floors.

5. That on or about 7:00 pm the plaintiff was headed back to his room, when he slipped and fell forward.

6. As a result of the fall, Plaintiff suffered severe injuries to his head.

## COUNT I – Violation of 42 USC § 1983 v. Jackson and Richards

7. That Plaintiff incorporates paragraphs 1-6 as if fully set forth herein.

8. That Defendants, had a duty to maintain the premises and to provide reasonably safe living conditions to the people in its custody.

9. That Plaintiff was deprived, by the defendants, of his rights under the Fifth and Fourteenth Amendments to the U.S. Constitution to due process of law and to maintain the premises and to furnish reasonably safe living conditions to the people in their custody.

10. The defendants' failure to take appropriate steps to provide reasonably safe living environment constitutes deliberate indifference to Plaintiff's basic need for reasonable protection from harm.

11. That Defendants', were aware of the problems with the wet floors, the threat of fall and the potential dangers associated with them.

12. Numerous complaints were made to Defendants by Plaintiff and the inmates regarding the housing unit floors and his risk of fall.

13. That plaintiff suggested opening the doors and to bring fans to help dry the floors up.

14. That Defendants' actions unreasonably created a strong likelihood of serious harm to Plaintiff and/or significantly increased the plaintiff's risk of harm.

15. That as a direct and proximate result of the foregoing acts on the part of the defendant, the plaintiff suffered personal injuries, medical expenses, pain and suffering, attorney's fees and will be caused to incur medical expenses in the future as well as pain and suffering.

WHEREFORE, Plaintiff prays for judgment against Defendants <u>Richards and Jackson</u>, in an amount greater than FIFTY THOUSAND DOLLARS ($50,000).

Respectfully Submitted,

/s/ Jarrod P. Beasley
Jarrod P. Beasley #6274536
Attorney for Plaintiff
Kuehn, Beasley & Young, P.C.
23 S. First Street
Belleville, Illinois 62220
JarrodBeasley@kuehnlawfirm.com
Phone: 618.277.7260
Fax: 618.277.7718